IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRELL HALE, | No. 4:25-CV-01901 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| MS. GETZ, | |
| Defendant. | |

### ORDER

**AND NOW**, this 12th day of February 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's individual-capacity First and Eighth Amendment *Bivens* claims against defendant Ms. Getz are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. Plaintiff's official-capacity *Bivens* claim against defendant Getz is **DISMISSED** with prejudice under 28 U.S.C. § 1915A(b)(1) as legally frivolous.

3. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge